

COM.

v.

VAN, P.

3030 EDA 2016

Superior Court of Pennsylvania.

05/23/2017

MC–51–CR–0034054–2014 (Philadelphia)
Other Disposition

COM.

v.

GEARY, T.

3128 EDA 2016

Superior Court of Pennsylvania.

05/23/2017

CP–46–CR–0004056–2009 (Montgomery)
Affirmed

COM.

v.

TSE, W.

418 MDA 2016

Superior Court of Pennsylvania.

05/23/2017

CP–14–CR–0001764–2014 (Centre)
Affirmed

N.L.H.

v.

T.M.J.

1355 MDA 2016

Superior Court of Pennsylvania.

05/23/2017

07–DR–536 (Adams)
Vacated/Remanded

COM.

v.

FOREUS, J.

1395 MDA 2016

Superior Court of Pennsylvania.

05/23/2017

CP–28–CR–0000007–2015 (Franklin)
Affirmed

COM.

v.

TALLEY, M.

1825 MDA 2016

Superior Court of Pennsylvania.

05/23/2017

CP–54–MD–0000272–1968 (Schuylkill)
Affirmed

